# United States District Court

# Middle District of Florida

# Tampa Division

Ryan Kehoe (plaintiff) -v- Roger Kehoe (defendant)

Case number: 8:23-cv-01592

September 12, 2024

Movant: Roger Kehoe, Defendant, pro se

Respondent: Ryan Kehoe, Plaintiff, pro se

# Defendant's Motion to Compel Discovery
# September 12, 2024

## Introduction

After multiple email requests and phone conferences the Plaintiff has failed to supply an adequate response to the Defendant's requests for documents pertinent to this case. Some documents which the Plaintiff has supplied are either vague, inaudible, or simply not what was asked for in the request. A list of the requests and open items is in Exhibit A.

## Case Background

The Plaintiff has claimed that the Defendant has committed fraud, and mail fraud, by changing the Plaintiff's address with his student loan providers and thereby causing the Plaintiff to default on a loan that then prevented his ability to purchase a property due to poor credit. The plaintiff has filed

1

for relief due to alleged costs stemming from alternative housing expenses incurred by not purchasing the property. The Defendant denied this claim and submitted a Response to the Amended Claim stating: "The Defendant hereby requests that the Court dismiss the complaint for failure to state a claim upon which relief can be granted."

## Legal Standard

### Discovery Rule

Rule 37 B. (iv) a party fails to produce documents or fails to respond that inspection will be permitted—or fails to permit inspection—as requested under Rule 34.

**Discovery Background**: The parties have communicated in email and by phone conference to attempt to resolve disputed Discovery items. The Plaintiff failed to attend, without warning, the scheduled phone conference that had been arranged for July 19th 2024. The phone conference was then rescheduled by the Defendant and executed by both parties on July 26, 2024 from 5:00 pm to 6:30 pm. This Notice contains a summary of the Defendant's Discovery requests which remain incompletely answered or unanswered to date. The Plaintiff has made numerous claims about alleged fraud, mail fraud, and loan interference in the Amended Complaint but has failed to provide documentation to substantiate the claims. Specifically, claims five through thirteen are replete with references to phone calls, emails, loans, purchase documents, credit reports, banks, letters, and

2

pertinent information but there is no supporting documentation provided. The Defendant has requested this information multiple times since May 2, and maintained a shared (with Plaintiff) list of the items; only a couple of items received an adequate response. Some information provided by the Plaintiff was not requested and is irrelevant. See Exhibit A. Many documents were supplied July 28th, but they are (1) application and not closing documents, and (2) inaudible but sound like automated call answering devices, cannot be certain. Proof of real estate closing documents and a credit denial letter need to be provided by the Plaintiff.

## Certificate of Conferral Regarding Discovery Disputes

**Ryan Kehoe (plaintiff) -v- Roger Kehoe (defendant) Case number: 8:23-cv-01592**

July 26, 2024   Phone conference  5:00 pm to 6:30 pm

Ryan Kehoe, pro se

Roger Kehoe, pro se

**Summary of Discussions:** The parties met and discussed open Discovery requests regarding the case. The Plaintiff maintains that his not answering some Discovery items is due to ongoing difficulty getting cooperation from "custodians" who have the requested information. After almost a year since the case was filed, one would reasonably assume that this information would be on hand. Also, in some cases, the Plaintiff states a belief that

3

certain requests are unreasonable due to being irrelevant to the case. In fact, they are relevant and are derived from Plaintiff's Complaint items. Both parties were given adequate time to discuss the disputed items during this conference. And there have been many emails back and forth, but there is no resolution or agreement on several key items.

## The Defendant requests Relief

The Defendant requests that the Court compel the Plaintiff to provide the requested Discovery information so that disputes may be resolved. The following list of items was requested by email on May 2 and 9, 2024 and has not been provided to the Defendant. Requests are based on the need for substantiation of claims made in the Amended Complaint filed by the Plaintiff on 6/28/2024 which are referenced within the list items. The Plaintiff has, in the past 20 days, filed for subpoenas to be issued to some "custodians" responsible for keeping certain records. The Plaintiff claims he had these documents in 2023, but lost them in a move. Exactly what documents will be provided remains unclear.

_____  _____
Roger Kehoe, Defendant                                Date